**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1768**

_____

ABIOLA D. BALOGUN-AWOSIKA,

Plaintiff - Appellant,

versus

UNIVERSITY OF MARYLAND MEDICAL SYSTEM,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
01-1886-JFM)

_____

Submitted:  January 29, 2003          Decided:  April 14, 2003

_____

Before WIDENER, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph T. Mallon, Jr., Charles J. Goetz, II, Baltimore, Maryland,
for Appellant.  Peter E. Keith, Willie W. Williams, GALLAGHER,
EVELIUS & JONES, L.L.P., Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abiola D. Balogun-Awosika appeals the district court's order granting the University of Maryland Medical System's motion for summary judgment in her civil action in which she alleged she was wrongfully terminated from a residency program in violation of the Family Medical Leave Act of 1993. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Balogun-Awosika v. University of Md. Med. Sys.</u>, No. CA-01-1886-JFM (D. Md. June 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>